UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>v. )<br>)<br>CARLOS GOMEZ and )<br>MARY GILDEA, )<br>)<br>Defendants. )<br>) | CRIMINAL NO. 05-cr-10022-GAO |

NOTICE OF PLEA AGREEMENTS

The United States, by its undersigned counsel, hereby notifies the Court that the defendants and the United States Attorney have entered into agreements for each defendant to tender a plea of guilty pursuant to Fed. R. Crim. P. 11(c)(1)(B). Copies of the agreements are attached.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

dated: February 9, 2005

By: /s/ Paul G. Levenson
Assistant U.S. Attorney
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3147

CERTIFICATE OF SERVICE

I hereby certify that on this day I will cause a true copy of the above document to be served by First Class Mail upon counsel of record for defendant, addressed as follows:

| | |
|---|---|
| Joseph F. Savage, Jr., Esq.<br>Kevin J. Cloherty, Esq.<br>Testa, Hurwitz & Thibeault, LLP<br>125 High Street<br>Boston, MA 02110 | Harry L. Manion III<br>Christopher J. Cunio<br>Cooley Manion Jones<br>21 Custom House Street<br>Boston, MA 02110-3536 |

Dated: February 9, 2005        /s/ Paul G. Levenson
                              Paul G. Levenson

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) | |
| v. | ) ) | CRIMINAL NO. 05-cr-10022-GAO |
| CARLOS GOMEZ and MARY GILDEA, | ) ) ) | |
| Defendants. | ) ) | |

**<u>NOTICE OF FILING WITH CLERK'S OFFICE</u>**

    Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only.

        Plea Agreement

    The original documents are maintained in the case file in the Clerk's office.

Date: February 9, 2005      By:  <u>/s/ Paul  G. Levenson</u>
                                               PAUL G. LEVENSON
                                               Assistant U.S. Attorney
                                               John Joseph Moakley
                                                 United States Courthouse
                                               1 Courthouse Way, Suite 9200
                                               Boston, MA 02210
                                               617/748-3147