UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> CARLOS GOMEZ and ) <br> MARY GILDEA, ) <br> Defendants. ) <br> ) | Criminal No. <br> 05-CR-10022 |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of Christopher J. Cunio, Esq. of Cooley Manion Jones LLP on behalf of Defendant Carlos Gomez.

/s/ Christopher J. Cunio
Harry L. Manion, III. Esq., BBO# 317440
Christopher J. Cunio, Esq., BBO# 634518
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110
(617) 737-3100

Date: August 19, 2005
146441v1