# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARLOS GOMEZ and )<br>MARY GILDEA, )<br>)<br>Defendants. )<br>) | CRIMINAL NO. 05-10022-GAO |

## DEFENDANTS' ASSENTED-TO MOTION TO CONTINUE SENTENCING HEARING

Defendants Carlos Gomez and Mary Gildea respectfully request a continuance of the sentencing hearing currently scheduled for September 27, 2005 at 2:00 p.m. to any date on or after October 18, 2005 convenient to the Court, except for October 19, 24, 27 and 28, 2005, when various counsel are unavailable.

In support of this motion, the Defendants state that a short continuance is necessary to allow them to obtain documentation to resolve certain issues raised in their Presentence Reports regarding their financial condition and the amount of restitution currently owed. These issues may have a significant impact on the Defendants' ultimate sentence. The Defendants submit that the continuance will reduce the number of issues for the Court to resolve at the sentencing hearing.

On September 22, 2005, Kevin P. McGrath, co-counsel for Ms. Gildea, spoke with Assistant U.S. Attorney Paul Levenson and obtained his assent to this motion.

WHEREFORE, the Defendants respectfully request that this motion be granted.

LIBA/1586368.1

Respectfully submitted,

/s/ Harry L. Manion III _____
Harry L. Manion III, BBO # 317440
Christopher J. Cunio, BBO # 634518
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA  021110
617-737-3100
*Counsel for Defendant Carlos Gomez*


/s/ Kevin P. McGrath _____
Joseph F. Savage, Jr., BBO # 443030
Kevin P. McGrath,  BBO # 550123
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
617-570-1000
*Counsel for Defendant Mary Gildea*


Dated: September 22, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September, 2005, a copy of this document was served via first-class mail upon Assistant U.S. Attorney Paul G. Levenson.

/s/ Kevin P. McGrath _____