### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>CARLOS GOMEZ and )<br>MARY GILDEA, )<br><br>Defendants. ) | Criminal No. 05-10022 |

### DEFENDANT CARLOS GOMEZ'S MOTION TO EXTEND
### DATE OF SURRENDER FOR SERVICE OF SENTENCE
### FROM DECEMBER 1, 2005 TO JANUARY 3, 2006

Defendant Carlos Gomez respectfully requests that the Court extend the date of his surrender to the Bureau of Prisons for service of his sentence of imprisonment, so that he may be allowed to spend the holiday season with his family.

On October 19, 2005, the Court entered a Judgment in a Criminal Case as to Mr. Gomez as a result of the sentencing hearing held on October 18, 2005. Pursuant to that Judgment, Mr. Gomez is currently scheduled to surrender at the institution designated by the Bureau of Prisons before 12:00 p.m. on December 1, 2005. Mr. Gomez requests that the date of his surrender be extended to January 3, 2006, or as soon after December 25, 2005 as the Court deems appropriate.

WHEREFORE, the Defendant respectfully requests that this motion be granted.

Respectfully submitted,


/s/ Harry L. Manion III
Harry L. Manion III, BBO # 317440
Christopher J. Cunio, BBO # 634518
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA 02110
617-737-3100
*Counsel for Defendant Carlos Gomez*

Dated: November 1, 2005
*150394.1*


## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2005, a copy of this document was served via first-class mail upon Assistant U.S. Attorney Paul G. Levenson.


/s/ Christopher J. Cunio
Christopher J. Cunio