UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10022-GAO

UNITED STATES OF AMERICA

v.

CARLOS GOMEZ and MARY GILDEA,
Defendants.

ORDER REGARDING RESTITUTION
February 10, 2006

O'TOOLE, D.J.

After review and in accordance with the reservation of the issues contained in the judgments previously entered in this case (docket nos. 21 and 23), the Court approves and adopts the parties' joint proposal concerning the restitution and payment schedule (docket no. 27), a copy of which is attached hereto and incorporated herein, and hereby ORDERS the amendment of the judgments accordingly.

The Clerk shall prepare amended judgments including the ordered restitution and payment schedule.

_February 10, 2006_                      _/s/ George A. O'Toole_
Date                                     District Judge