

**LANCO SCAFFOLDING**

33 Earle Street
Somerville, MA 02143
Tel: (617) 623-0060
Fax: (617) 776-9260

May 21, 2008

TO: The Honorable George A. O'Toole, Jr.
United States District Court for
The District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

RE:  United State v. Carlos Gomez, Mary Gildea and Lanco Scaffolding, Inc.
<u>Docket No.   05-CR-10022 (GAO)</u>

Your Honor:

    I have had very helpful conversations with the U.S. Attorney's Office and it was generally agreed that I should provide more information to Your Honor that was not included in my initial request.

    My payment of Restituition began in January 2006.  I have included a chart which I feel is the most helpful way to make our explanation concise and not add confusion.

    The chart shows each monthly payment from January 2006.  In October my wife was able to sell my warehouse where I operate my business from.  The entire proceeds were paid to the Restitution.  My only objective is to pay what I owe and pay it in the quickest manner possible using all means available to me.  Selling my warehouse was the first "big chunk" I was able to come up with.

    Then, as the chart shows, we continued paying our monthly payment of forty thousand each month.  In November of 2007 I was able to make a lump sum payment and that covered our payments up to April 2008.  Over the last many months I have been in dealings with different lenders and I was able to secure a commitment for a loan of one million dollars against the last piece of parking lot I own in Somerville.  I operate off of this parcel now.

    This one million will pay the "victims" portion of the Restitution.  There will be a balance left of roughly eight hundred thousand, which will be owed to the government.

    I was hoping that a manageable payment per month would be established for me so my business is not crushed.  Your Honor, this is a healthy business with forty employees who are highly skilled at a very unique trade.  I have excellent men and excellent customers and all we do is work.  It is the only means I have to pay my Restitution debt and I have no intention of doing anything else bnt paying my debt.

Forgive the "unpolished" presentation but I chose not to enlist the assistance of attorneys at this juncture. The money is better used to pay this debt and keep this business going. The economy hasn't been helpful of late and the fuel prices are killing the construction trades. However, we have five dormitories at Brown University, four halls at Harvard, Rollins Chapel at Dartmouth College, Gasson Hall at Boston College and the Naval Training Pool at Newport Rhode Island all under contract for scaffolding. As long as I can keep Lanco healthy I can pay my restitution.

Thank you for your valued time and attention in this regard. As I explained, I have had very helpful and educational conversations and in person meetings with the US Attorney's Office and I feel confident that we are all "on the same page" and shooting for the same goals. I'm hoping this letter adds information that was lacking in my first attempt.

Sincerely,

Carlos Gomez,
President Lanco Scaffolding, Inc.


Cc: Mr. Paul Levenson, USAG
    Mr. Patrick Dolan, USAO

